■ In the Matter of FLETCHER THORNWELL, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, et al., Respondents. [680 NYS2d 183] —Proceeding unanimously dismissed without costs (*see, People ex rel. Carroll v Russi,* 232 AD2d 692). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Corning, J.) Present—Denman, P. J., Green, Pine, Hayes and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN LENEAR, Appellant. [680 NYS2d 183] —Judgment unanimously affirmed. Memorandum: We reject defendant's contention that the evidence is legally insufficient to support the conviction of two counts of robbery in the second degree (Penal Law § 160.10 [1], [2] [a]). The evidence, viewed in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620, 621), establishes that defendant intentionally aided his companion in the commission of the robbery (*see,* Penal Law § 20.00; *People v Woods,* 238 AD2d 900, *lv denied* 90 NY2d 912). We further reject defendant's contention that the verdict is contrary to the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Monroe County Court, Bristol, J.—Robbery, 2nd Degree.) Present—Denman, P. J., Green, Pine, Hayes and Boehm, JJ.